Martez Pearson # 95716
8-D3-34
Department of Justice Services
100 S. Central Ave.
Clayton MO, 63105

SAINT LOUIS
7 APR 2026



**RECEIVED** Clerk of Court
United States District Court
APR 09 2026  Eastern District of Missouri
**BY MAIL** III South tenth Street
Suite 3.300
St. Louis, MO 63102

Legal Mail

63102-112854

